IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE HINOJOSA, JR., | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-135 |
| | § | |
| THE STATE OF TEXAS, | § | |
| Respondents. | § | |
| | § | |

**O R D E R**

Came on this day to be considered Respondent's Motion to Dismiss the State of Texas and to Substitute Gary L. Johnson as Respondent, and the Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that the Respondents' Motion is GRANTED and the State of Texas hereby dismissed as party respondent in this action and Gary L. Johnson is substituted as the proper respondent.

SIGNED on this the _____ day of __August___, 1998.

_____
JUDGE PRESIDING

18