United States District Court
Southern District of Texas
FILED

AUG 2 0 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JOSE HINOJOSA, JR.*, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-97-135 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered Respondent's Motion for Summary Judgment, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED, ADJUDGED and DECREED that Respondent's Motion for Summary Judgment is GRANTED, and the petition for writ of habeas corpus is DENIED.

SIGNED on this the 20 day of August, ~~1997~~ 1998.

_____
JUDGE PRESIDING

19